IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESTER R. MOUNTAIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 15-322 |
| | ) | Judge Mark R. Hornak/ |
| | ) | Magistrate Judge |
| ORLANDO HARPER, | ) | Lisa Pupo Lenihan |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## **O R D E R**

AND NOW, this 29TH day of June, 2015, after the Plaintiff, Lester R. Mountain, filed a Complaint in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until June 22, 2015, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that for the reasons set forth in that Report and Recommendation, this case is dismissed for Plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that the Clerk of Court mark this case closed.

AND IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

1

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Mark R. Hornak
MARK R. HORNAK
United States District Judge


cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Lester R. Mountain
632 12th Street
Pitcairn, PA 15140